IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR446 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCISCO RODRIGUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue (Filing No. 29). The Court notes a waiver of speedy trial is attached. Noting the parties anticipate this matter will be resolved by a plea,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, June 3, 2010, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This schedule will accommodate counsel and give the parties to finalize plea negotiations or notify the Court the case will be for trial. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between April 26, 2010, and June 3, 2010, shall be deemed excludable time

in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court